**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 06-6113**

───────────────

PAUL NAGY,

Plaintiff - Appellant,

versus

MICHAEL S. HAMDEN,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:05-ct-00554-BO)

───────────────

Submitted:  May 19, 2006                Decided:  June 5, 2006

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Paul Nagy, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we affirm for the reasons stated by the district court. See Nagy v. Hamden, No. 5:05-ct-00554-BO (E.D.N.C. Nov. 1, 2005). We deny the motion to expedite as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED